```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION
```

**CIVIL ACTION NO. 1:13-cv-667 (WOB-MRM)**

**MARIO M. TROLLINGER**                                                **PETITIONER**

**VS.**                                    **JUDGMENT**

**WARDEN, SOUTHERN OHIO**
**CORRECTIONAL INSTITUTION**                                           **RESPONDENT**

This matter was returned to the Magistrate Judge pursuant to the Recommittal Order of District Judge William O. Bertelsman (Doc. 21), and the Magistrate Judge having analyzed petitioner's objections (Doc. 20) and having filed a Supplemental Report and Recommendation based on said analysis (Doc. 22), and also having considered de novo petitioner's objections to said the Supplemental Report and Recommendation (Doc. 27), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections (Doc. 27) to the Supplemental Report and Recommendation (Doc. 22) be, and hereby are, **overruled.** The Supplemental Report and Recommendation of the Magistrate Judge (Doc. 22) be, and hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), is **DISMISSED** with prejudice.  A certificate of appealability shall not issue with respect to any

of the claims alleged herein. Pursuant to 28 U.S.C. § 1915 (a)(3), any appeal of this judgment would be objectively frivolous and petitioner therefore should not be permitted to proceed *in forma pauperis.*

    This 7th day of July, 2015.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge